**Order entered December 18, 2019**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-19-00477-CR

**KEITHION DYWANE DERRICK, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 203rd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F15-25060-P**

## ORDER

Before the Court is appellant's December 16, 2019 motion to extend time to file his brief.

We **GRANT** the motion and extend the time to **January 13, 2020**.


/s/     LANA MYERS
            JUSTICE